IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Raymond E. Chestnut, #13465-171, | ) | C/A No.: 1:16-203-RBH-SVH |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| David Ebbert, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

     This is an action seeking habeas corpus relief under 28 U.S.C. § 2254. Petitioner is a prisoner. Therefore, in the event that a limitations issue arises, Petitioner shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (holding a prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to District Court).  Under Local Civil Rule 73.02(B)(2)(c) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

     By orders issued on February 1, 2016, and February 17, 2016, the court provided Petitioner opportunities to submit the documents necessary to bring this case into proper form.  [ECF Nos. 5, 12].  Petitioner has complied with the court's orders and this case is now in proper form.

TO THE CLERK OF COURT:

     The Clerk of Court shall not serve the § 2254 petition upon the respondent because the petition is subject to dismissal.

     IT IS SO ORDERED.

*Shiva V. Hodges*

March 8, 2016                          Shiva V. Hodges
Columbia, South Carolina             United States Magistrate Judge